## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

CATHY C. ABNEY                                      CIVIL ACTION NO. 10-cv-0577

VERSUS                                             JUDGE S. MAURICE HICKS, JR.

U.S. COMMISSIONER SOCIAL                           MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION


### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record,  no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 26th day of July, 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE